For plaintiff: Edward W. Lincoln.

For defendant: Boss & McMahon.

John C. Harvey
vs. } No. 83318.
Charles M. Atherton

April 11, 1932.

CARPENTER, J. This is an action of trover and conversion to recover the value of an automobile. The case was tried before a jury and a verdict for $1,000 was returned in favor of the plaintiff. Thereupon the defendant filed a motion for a new trial which is now before this Court.

This Court is of the opinion that the jury were justified in returning a verdict for the plaintiff and in assessing damages in the sum of $1,000.

Motion for new trial denied.

For plaintiff: Henshaw, Lindemuth & Baker.

For defendant: Sherwood, Heltzen & Clifford.

John H. Peckham
vs. } No. 87610.
Edith Bates Brayton et al.

April 12, 1932.

BLODGETT, J. Action to recover rent claimed due for the months of August, 1931, to October, 1931, inclusive, amounting to $303.18.

Heard without the intervention of a jury.

The issue is as to whether defendant Brayton is responsible for the rent and the Belton Candy Company a name, although not registered, under which defendant carried on the candy business.

On May 8, 1931, defendant leased the machinery for manufacturing candy to one Gibson, doing business as the Belmar Candy Company. The tenancy was from month to month.

June 13, 1931, defendant notified plaintiff she was vacating the premises June 30, 1931, by a written notice (Plff's Ex. A). The machinery claimed to be leased to Gibson was not moved until some time in October, 1931.

Defendant claimed to have notified plaintiff that she had leased the business to Gibson, but there appears no written notice to that effect on the record, or any evidence showing agreement on part of plaintiff to accept Gibson as a tenant, except acknowledgment of certain payments on account by Gibson from time to time. No receipts for such payments were introduced as showing what such payments were made for.

The Court is of the opinion that an abandonment of the tenancy by defendant has not been shown or accepted by plaintiff.

Decision for plaintiff for $303.18.

For plaintiff: George Roche.

For defendant: Grim, Littlefield & Eden.